■ MARTHA G. TAYLOR, Respondent, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., et al., Appellants.— Orders unanimously reversed, without costs of this appeal to any party and motion denied, without costs. Memorandum: There was no showing of special circumstances to justify granting the motion. (Appeal from two orders of Erie Special Term ordering the examination of a witness on behalf of plaintiff before trial. The second order denies defendants' application

to reargue and resettle the first order.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.